IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAH M. MALIK,

          Plaintiff,

v.                                      Case No. 04-2074-KGS

AMINI'S BILLIARD & BAR STOOLS,
INC., d/b/a Amini's Galleria

          Defendant.

## **ORDER**

This matter comes before the court upon plaintiff's Motion To Compel Discovery (Doc. 30) and defendant's Motion To Amend Scheduling Order (Doc. 31). On August 4, 2005, the court conducted a telephone status conference to hear from the parties with regard to these motions. Plaintiff appeared by and through counsel, Lyra L. Johnson. Defendant appeared by and through counsel, William G. Wright.

During the conference, the parties reached agreement on a schedule for the completion of remaining discovery and the filing of dispositive motions in this matter. The parties agreed that defendant would provide substantive responses to all outstanding written discovery requests from plaintiff on or before August 31, 2005, that defendant would produce Mr. Mohammad Amini to be deposed at a time and place mutually agreed-to by parties on or before September 19, 2005, and that all potentially dispositive motions in this matter shall be filed on or before October 20, 2005.

**IT IS THEREFORE ORDERED:**

1. That plaintiff's Motion to Compel (Doc. 30) is hereby granted;

2. That defendant's Motion to Amend Scheduling Order (Doc. 31) is hereby granted;

3. That defendant shall, on or before **August 31, 2005**, provide substantive responses to all outstanding written discovery requests that have been previously served upon it by plaintiff;

4. That defendant shall, on or before **September 19, 2005**, produce Mr. Mohammad Amini to be deposed by plaintiff at a time and place to agreed upon by the parties;

5. That all potentially dispositive motions in this matter shall be filed on or before **October 20, 2005**; and

6. That the current October 4, 2005-trial setting in this matter is hereby vacated. The court anticipates setting a new trial date in this matter, in consultation with the parties, once it has decided any timely-filed dispositive motions.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2005, at Topeka, Kansas.

                                        s/K. Gary Sebelius
                                        K. Gary Sebelius
                                        U.S. Magistrate Judge